## UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| WAGNER SPRAY TECH CORP.,<br><br>               Plaintiff,<br><br>    v.<br><br>UNITED STATES,<br><br>               Defendant. | **SUMMONS**<br><br>Court No. 23-00241 |

TO: The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

                                                  **/s/ Mario Toscano**
                                                  Clerk of the Court

1. <u>Name and standing of plaintiff:</u> Plaintiff in this action is Wagner Spray Tech Corp. As an importer of the subject merchandise from China, Plaintiff is an interested party within the meaning of 19 U.S.C. § 1677(9)(a), who was a party to the proceeding that led to the determination being challenged. Plaintiff participated in the proceeding through the submission of questionnaire responses and written arguments. As such, Plaintiff has standing to challenge the determination at issue pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

2. <u>Brief description of the contested determination:</u> The contested determination is the U.S. Department of Commerce's *Final Scope Ruling on Wagner Finished Heat Sink Manifold*, dated October 17, 2023. This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(B)(vi) and 28 U.S.C. § 1581(c). This Summons is being filed within 30 days of the date of mailing of the determination and is timely filed pursuant to 19 U.S.C. § 1561(a)(2)(A).

3. <u>Effective date of determination:</u> October 17, 2023.

4. <u>This determination was not published in the Federal Register.</u>

                                               Respectfully submitted,

                                               <u>*/s/ Andrew T. Schutz*</u>
                                               Andrew T. Schutz
                                               Ned H. Marshak
                                               Jordan C. Kahn
                                               Michael S. Holton

                                               GRUNFELD, DESIDERIO, LEBOWITZ,
                                               SILVERMAN & KLESTADT LLP

                                               599 Lexington Avenue, 36th Floor
                                               New York, NY 10022
                                               (212) 557-4000
                                               - and -
                                               1201 New York Ave, NW, Suite 650
                                               Washington, DC 20005
                                               (202) 783-6881

Dated:  November 17, 2023

## SERVICE OF SUMMONS BY THE CLERK

      If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, as amended, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
**U.S. Department of Justice**
26 Federal Plaza
New York, New York 10278

Director, Civil Division
Commercial Litigation Branch
**U.S. Department of Justice**
1100 L Street, NW
Washington, DC 20530

General Counsel
**U.S. Department of Commerce**
14th Street & Constitution Ave., NW
Washington, D.C. 20230


Date: November ___, 2023　　　　　　　　　　By: <u>The Honorable Mario Toscano</u>
　　　　　　　　　　　　　　　　　　　　　　　　　　　<u>Clerk of the Court</u>