## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **WAGNER SPRAY TECH CORPORATION,**<br>　　　　　　Plaintiff,<br>　　v.<br>**UNITED STATES,**<br>　　　　　　Defendant,<br>　　and<br>**ALUMINUM EXTRUSIONS FAIR TRADE COMMITTEE,**<br>　　　　　　Defendant-Intervenor. | Before: Hon. Jennifer Choe-Groves, Judge<br><br>Court No. 23-00241 |

### DEFENDANT-INTERVENOR ALUMINUM EXTRUSIONS FAIR TRADE COMMITTEE RESPONSE TO MOTION FOR JUDGMENT ON THE AGENCY RECORD

Robert E. DeFrancesco, III, Esq.
Laura El-Sabaawi, Esq.
Elizabeth S. Lee, Esq.
Paul A. Devamithran, Esq.

WILEY REIN LLP
2050 M Street, NW
Washington, DC 20036
(202) 719-7000

*Counsel for the Aluminum Extrusions Fair Trade Committee*

September 17, 2024

Ct. No. 23-00241

# TABLE OF CONTENTS

                                              **Page**

I. INTRODUCTION ................................................................................................ 1
II. ARGUMENT ....................................................................................................... 1
III. CONCLUSION .................................................................................................... 1

Ct. No. 23-00241

## I.    INTRODUCTION

Pursuant to Rule 56.2 of the Rules of the United States Court of International Trade, Defendant-Intervenor Aluminum Extrusions Fair Trade Committee (the "AEFTC") respectfully submits this brief in response to the 56.2 Motion for Judgment on the Agency Record filed by Plaintiff Wagner Spray Tech Corporation ("Plaintiff"). *See* Pl.'s Mot. for J. on the Agency R. Pursuant to Rule 56.2 (May 29, 2024), ECF No. 23.

## II.    ARGUMENT

The AEFTC agrees with and incorporates by reference the arguments set forth in the response to Plaintiff's motion filed by Defendant, the United States ("Defendant"). *See* Def.'s Resp. in Opp'n to Pl.'s Rule 56.2 Mot. for J. Upon the Agency R. (Sept. 17, 2024), ECF No. 24. The AEFTC does not wish to address issues and arguments that are substantively different from those addressed by Defendant in its brief.

## III.    CONCLUSION

For the reasons detailed in Defendant's response, the AEFTC respectfully requests that the Court find the Department of Commerce's final scope ruling in the antidumping and countervailing duty orders on Aluminum Extrusions from the People's Republic of China to be supported by substantial evidence and in accordance with the law.

Ct. No. 23-00241

                Respectfully submitted,

                */s/ Robert E. DeFrancesco, III*
                Robert E. DeFrancesco, III, Esq.
                Laura El-Sabaawi, Esq.
                Elizabeth S. Lee, Esq.
                Paul A. Devamithran, Esq

                **WILEY REIN LLP**
                2050 M Street, NW
                Washington, DC 20036
                (202) 719-7000

                *Counsel for the Aluminum Extrusions Fair Trade Committee*

September 17, 2024

Ct. No. 23-00241

<u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to Chamber Procedure 2(B)(1), the undersigned certifies that this brief complies with the word limitation requirement. The word count for Defendant-Intervenor Aluminum Extrusions Fair Trade Committee's Response to Motion for Judgment on the Agency Record, as computed by Wiley Rein LLP's word processing system (Microsoft Word 2016), is 191 words.

<u>     /s/ Robert E. DeFrancesco, III     </u>
(Signature of Attorney)

<u>     Robert E. DeFrancesco, III     </u>
(Name of Attorney)

<u>Aluminum Extrusions Fair Trade Committee</u>
(Representative Of)

<u>September 17, 2024</u>
(Date)