IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| WAGNER SPRAY TECH CORP., | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) Court No. 23-00241 |
| Defendant, | ) |
| and | ) |
| ALUMINUM EXTRUSIONS FAIR TRADE COMMITTEE, | ) |
| Defendant-Intervenor. | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's Order, ECF No. 51, dated January 9, 2026, the parties respectfully submit the following joint status report regarding the status of settlement and request that the Court continue the stay of proceedings.

On January 28, 2026, Wagner Spray Tech Corp. and the United States executed a settlement agreement that will resolve this matter. However, the implementation of the settlement requires several administrative steps that the parties are still in the process of completing. Considering these final, necessary steps to resolve this matter, the parties respectfully request that the Court maintain the stay of this action. The parties propose to file another Joint Status Report in 36 days, on March 31, 2026, as to the status of the case, unless the stipulation for entry of judgment is filed earlier.

On February 21, 2026, Elizabeth Lee, counsel for defendant-intervenors, indicated that on behalf of defendant-intervenors, she consents to the joint request to continue the stay of proceedings.

Respectfully Submitted,

/s/Andrew T. Schutz
Andrew T. Schutz
GRUNFELD DESIDERIO LEBOWITZ
SILVERMAN & KLESTADT LLP
1201 New York Avenue, NW - Ste. 650,
Washington, D.C. 20005
D: 202.661.7795
aschutz@gdlsk.com

*Attorney for Plaintiff Wagner Spray Tech Corp.,*

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. MCCARTHY
Director

REGINALD T. BLADES, JR.
Assistant Director

/s/ Collin T. Mathias
COLLIN T. MATHIAS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0315
Email: collin.t.mathias@usdoj.gov

*Attorneys for Defendant United States*

OF COUNSEL:

VANIA WANG
Attorney
Office of the Chief Counsel
  For Trade Enforcement and Compliance
United States Department of Commerce

Dated: February 23, 2026