**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| WAGNER SPRAY TECH CORP., | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) Court No. 23-00241 |
| Defendant, | ) |
| and | ) |
| ALUMINUM EXTRUSIONS FAIR TRADE COMMITTEE, | ) |
| Defendant-Intervenor. | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's Order, ECF No. 53, dated February 23, 2026, the parties respectfully submit the following joint status report regarding the status of settlement and request that the Court continue the stay of proceedings.

On January 28, 2026, Wagner Spray Tech Corp. and the United States executed a settlement agreement that will resolve this matter. However, the implementation of the settlement requires several administrative steps. The parties have completed many of the necessary steps to effectuate the settlement, but are still waiting for the final transfer of funds. Considering these steps are nearly complete, the parties respectfully request that the Court maintain the stay of this action. The parties propose to file another Joint Status Report in 30 days, on April 30, 2026, as to the status of the case, unless the stipulation for entry of judgment is filed earlier.

On March 31, 2026, Robert DeFrancesco, counsel for defendant-intervenors, indicated that on behalf of defendant-intervenors, he consents to the joint request to continue the stay of proceedings.

Respectfully Submitted,

/s/Andrew T. Schutz
Andrew T. Schutz
GRUNFELD DESIDERIO LEBOWITZ
SILVERMAN & KLESTADT LLP
1201 New York Avenue, NW - Ste. 650,
Washington, D.C. 20005
D: 202.661.7795
aschutz@gdlsk.com

*Attorney for Plaintiff Wagner Spray Tech Corp.,*

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. MCCARTHY
Director

REGINALD T. BLADES, JR.
Assistant Director

OF COUNSEL:

VANIA WANG
Attorney
Office of the Chief Counsel
  For Trade Enforcement and Compliance
United States Department of Commerce

/s/ Collin T. Mathias
COLLIN T. MATHIAS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0315
Email: collin.t.mathias@usdoj.gov

Dated: March 31, 2026

*Attorneys for Defendant United States*