IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

|  |  |  |
|---|---|---|
| WAGNER SPRAY TECH., CORP., | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Court No. 23-00241 |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| *Defendant*, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ALUMINUM EXTRUSIONS FAIR TRADE | ) | |
| COMMITTEE, | ) | |
| | ) | |
| *Defendant-Intervenor*. | ) | |
| | ) | |

JOINT STIPULATION FOR ENTRY OF JUDGMENT

Wagner Spray Tech. Corp. ("Wagner") and the United States (collectively, the parties)[1]

inform the Court that they have reached a settlement of the claims in this case.

Pursuant to the terms of the settlement, the parties have agreed to take certain actions to

return Wagner's tendered money to Wagner, treating past entries covered by this case as outside

of the scope of the aluminum extrusions from the People's Republic of China antidumping and

countervailing duty orders (A-570-967/C-570-968) (collectively, the Orders).  However, future

entries of part number 805-324 will continue to be covered by the scope of the Orders.

---

[1] Defendant-intervenor Aluminum Extrusions Fair Trade Committee is fully aware of the
terms of this settlement and does not object.  However, Aluminum Extrusions Fair Trade
Committee is not a party to the settlement.

Accordingly, the parties respectfully request that the Court enter judgment pursuant to the

terms set forth in the attached Order Of Judgment By Stipulation.  A proposed order is attached.

Respectfully submitted,

/s/ Andrew T. Schutz
Andrew T. Schutz
GRUNFELD DESIDERIO LEBOWITZ
SILVERMAN & KLESTADT LLP
1201 New York Avenue, NW - Ste. 650,
Washington, D.C. 20005
D: 202.661.7795
aschutz@gdlsk.com

*Attorney for Plaintiff Wagner Spray Tech Corp.,*

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

REGINALD T. BLADES, JR.
Assistant Director

/s/ Collin T. Mathias
COLLIN T. MATHIAS
Trial Attorney
Commercial Litigation Branch
U.S. Department of Justice
Civil Division
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-0315
Email: Collin.T.Mathias@usdoj.gov

*Attorneys for Defendant*

April 20, 2026

2

THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| WAGNER SPRAY TECH., CORP.,     ) | |
|      ) | |
|     *Plaintiff*,     ) | |
|      ) | |
|     v.     ) | Court No. 23-00241 |
|      ) | |
| UNITED STATES,     ) | |
|      ) | |
|     *Defendant*,     ) | |
|      ) | |
| and     ) | |
|      ) | |
| ALUMINUM EXTRUSIONS FAIR TRADE     ) | |
| COMMITTEE,     ) | |
|      ) | |
|     *Defendant-Intervenor*.     ) | |

ORDER OF JUDGMENT BY STIPULATION

Upon consideration of the Joint Stipulation For Entry of Judgment entered into by plaintiff, Wagner Spray Tech., Corp., and defendant, the United States, that no party has filed any objection, and all other papers and proceedings in this action; and upon due deliberation, it is hereby

ORDERED that the parties' joint stipulation is granted; and it is further

ORDERED that this case is dismissed with prejudice. Each party shall bear its own costs, expenses, and attorney fees.

 

_____
JUDGE

Dated: _____, 2026
    New York, NY