THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| WAGNER SPRAY TECH., CORP.,<br><br>    *Plaintiff,*<br><br>    v.<br><br>UNITED STATES,<br><br>    *Defendant,*<br><br>    and<br><br>ALUMINUM EXTRUSIONS FAIR TRADE COMMITTEE,<br><br>    *Defendant-Intervenor.* | Court No. 23-00241 |

### ORDER OF JUDGMENT BY STIPULATION

Upon consideration of the Joint Stipulation For Entry of Judgment entered into by plaintiff, Wagner Spray Tech., Corp., and defendant, the United States, that no party has filed any objection, and all other papers and proceedings in this action; and upon due deliberation, it is hereby

ORDERED that the parties' joint stipulation is granted; and it is further

ORDERED that this case is dismissed with prejudice. Each party shall bear its own costs, expenses, and attorney fees.

/s/ Jennifer Choe-Groves
Jennifer Choe-Groves, Judge

Dated: ___April 21___, 2026
    New York, NY